IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| CAREY S. MITCHELL, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 06-65-S-LMB |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is

DISMISSED in its entirety with prejudice.

DATED: **June 26, 2007**.

_____
Honorable Larry M. Boyle
U. S. Magistrate Judge